United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 27, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10568
Summary Calendar

JAMES H. WILSON, SR.,

Plaintiff-Appellant,

versus

JOHN E. POTTER, Postmaster General, United States Postal Service,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CV-00716-A
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

The district court did not abuse its discretion in dismissing Wilson's case without prej.udice for Wilson's failure to follow the court's order. See Callip v. Harris County Child Welfare Dept., 757 F.2d 1513, 1518-19 (5th Cir. 1985); Rogers v. Kroger Co., 669 F.2d 317, 320 (5th Cir. 1982).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.